LEBAN & ASSOCIATES, P.C.
Attorneys at Law

5690 Greenwich Road
Virginia Beach, VA 23462
Phone: (757)961-6200
Fax: (757)961-8300

May 20, 2009

Client: ASCAP

Re: **EMI April Music, Inc., et al. v. Randolph Martin White**

To fee for professional services rendered to client associated with the following:

| Date | Description | Hours |
|---|---|---|
| 05/21/2008 | Receipt and review of Complaint and associated file and open, index and docket file. | 1.0 |
| 05/21/2008 | Contact SCC for service addresses and verify offices | 0.5 |
| 05/22/2008 | Draft and mail presuit letter | 0.5 |
| 05/29/2008 | Receipt and review of letter from Mr. Jones authorizing Settlement amounts | 0.3 |
| 07/16/2008 | Prepare and assemble Cover Sheet and transmittal letter and file suit. Arrange for service | 1.5 |
| 07/16/2008 | T/C with Mr. Schaefer | 0.1 |
| 11/05/2008 | Draft and mail status update letter to the Court | 0.3 |
| 11/25/2008 | Draft and mail status update letter to the Court | 0.3 |
| 01/30/2009 | Prepare Motion and Brief in support of Motion for Default Judgment | 3.0 |
| 02/02/2009 | Prepare and mail Affidavits in support of Motion for Default Judgment to ASCAP Representative and Investigator for execution | 1.0 |
| 02/02/2009 | T/C with Investigator | 0.1 |
| 02/02/2009 | T/C with ASCAP Representative | 0.1 |
| 02/11/2009 | Prepare and file Default Judgment | 1.0 |
| 02/17/2009 | prepare and file request for entry of Default Judgment | 0.5 |

| | | |
|---|---|---|
| 04/15/2009 | prepare and file Motion for Hearing on Plaintiffs' Motion for Default Judgment | 1.0 |
| 04/28/2009 | Draft and file Notice of hearing and Affidavit on Plaintiff's Motion for Default Judgment | 0.3 |

<u>Attorney Time</u>
    11.5 Hours @ $250/Hour……………….…..………..… <u>$ 2,875.00</u>
             Total attorney fees………………….…….............. $ 2,875.00

<u>Expenses</u>
    Postage, service, copying…………………………………. $     67.57

TOTAL THIS INVOICE ……………………………………….…… $ 2942.57